ROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

JOHN D. BUCKLEY and Another, Respondents, v. RAYMOND L. CHURCH and Another, Appellants.— Judgment affirmed, with costs. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN P. MILLER, Respondent, v. POST & HENDERSON COMPANY and Others, Appellants.— Order affirmed, with costs. All concurred.

PETER WEBER, Respondent, v. JOHN FARSON, JR., Individually and as Sole Surviving Partner, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

WILBER RUTHERFORD, Respondent, v. HAROLD M. HOAG and Others, Appellants.— Judgment, so far as appealed from, and order reversed and new trial granted as to the appellants, with costs to appellants to abide event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $315 as of the date of the rendition thereof, in which event the judgment is modified accordingly and as so modified is, together with the order, affirmed, without costs of this appeal to either party. Held, that the verdict is against the weight of the evidence upon the question of damages and is excessive. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent, v. TRAY B. TUCKER and Others, as Assessors of the Town of Sennett, Cayuga County, N. Y., and Another, Appellants. (No. 1.) Proceeding to Review 1916 Assessment. THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent, v. JAY W. COOPER and Others, as Assessors of the Town of Sennett, Cayuga County, N. Y., and Another, Appellants. (No. 2.) Proceeding to Review 1917 Assessment.— Order affirmed, with ten dollars costs and disbursements. All concurred.

THE GREENE & FISH COMPANY, Plaintiff, v. ROBERT F. KREINHEDER and Another, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

CITY OF SYRACUSE, Respondent, v. CHARLES E. COONEY and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

SZYMON RZUCIDIO, Respondent, v. BUFFALO CAR WHEEL FOUNDRY COMPANY and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

COMMERCIAL CREDIT COMPANY, Appellant, v. VINCENT F. SHELDON, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

JOHN EDLICH, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

INTERNATIONAL FASTENER COMPANY, Respondent, v. FRANCIS MANUFACTURING COMPANY, Appellant.— Motion for reargument granted.

JOHN H. MCGILL, Respondent, v. ESTHER B. MCGILL, Appellant.—